# United States District Court
CIVIL MINUTES - GENERAL

Case #  4:18cv580-MW-CAS            Date   January 7, 2019

BRENDA C SNIPES v. RICK L SCOTT et al

DOCKET ENTRY:    Preliminary Injunction Hearing Held   12:58 – 2:55 p.m.

Court hears argument regarding [15] Emergency Motion for Preliminary Injunction.  Ruling by Court:  Defendant Scott to file response to [18] Motion for Leave to File Second Amended Complaint by 1/11/19.  Order to follow.

PRESENT:  HONORABLE MARK E WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):
Bernadette Norris-Weeks
Michelle Austin Pamies

Attorney(s) for Defendant Scott:
Daniel Nordby
John MacIver

Attorney for Defendant the Florida Senate:
Ashley Istler
Jeremiah Hawkes

PROCEEDINGS:     Preliminary Injunction Hearing Held

12:58  Court in session
1:01   Court hears argument regarding [15] Emergency Motion for Preliminary Injunction
2:12   Court in recess

2:21   Court in session
       Argument continues regarding [15] Emergency Motion for Preliminary Injunction
2:53   Ruling by Court:  Defendant Scott to file response to [18] Motion for Leave to File Second Amended Complaint by 1/11/19
2:55   Court's order to follow
       Court adjourned

Initials of Clerk: **VMM**